IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARTHA S. JACKSON,

      Appellant,

v.

SPHERION CORPORATION/
SEDGWICK CMS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3933

Opinion filed February 13, 2015.

An appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident: November 2, 2007.

Laurie T. Miles of Miles and Parrish, P.A., Lakeland, and Wendy S. Loquasto of
Fox & Loquasto, P.A., Tallahassee, for Appellant.

William H. Rogner and Rex A. Hurley, Winter Park, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, ROWE, and MAKAR, JJ., CONCUR.